

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/06/2011

IN RE:　§　Case No. 10-34357-H5-7

Ellick Garcia

Debtor　§

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. 82) is denied for the following reason(s):

1. __X__    Applicant's signature is not notarized.

2. _____    Amount being requested is not the amount deposited on behalf of the original claimant.

3. __X__    Application was not served on U.S. Attorney and U.S. Trustee.

4. __X__    Proposed Order not filed by applicant.

5. __X__    Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. _____    Other:

Signed __OCT 0 5 2011__ .

_____
United States Bankruptcy Judge